[No. 73143-2-I. Division One. June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER TYLER WHITMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 14-1-00215-8, Vickie I. Churchill, J., entered February 2, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 73195-5-I. Division One. June 13, 2016.]

THE CITY OF STANWOOD, *Respondent*, v. WARREN E. BOHON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-01891-8, Thomas J. Wynne, J., entered February 5, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Spearman, JJ.

[No. 73533-1-I. Division One. June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MUHAMMED ZBEIDA TILLISY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01246-1, George F.B. Appel, J., entered May 26, 2015. *Remanded with instructions* by unpublished per curiam opinion.

[No. 73539-0-I. Division One. June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AUSTIN M. WASISCO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-8-00049-5, Raquel Montoya-Lewis, J., entered May 28, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.